David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
MATTHEW BECK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW BECK,<br><br>    Plaintiff,<br><br>  vs.<br><br>JP MORGAN CHASE BANK, N.A. D/B/A/ CHASE BANK,<br><br>    Defendant(s). | Case No.: **2:16-cv-01749-KJD-CWH**<br><br>**NOTICE OF SETTLEMENT BETWEEN MATTHEW BECK AND <u>JP MORGAN CHASE BANK, N.A. D/B/A/ CHASE BANK</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between MATTHEW BECK ("Plaintiff") and Defendant JP MORGAN CHASE BANK, N.A. D/B/A/ CHASE BANK ("CHASE") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against CHASE, with Prejudice, within 60 days. Plaintiff requests that all pending

dates and filing requirements as to CHASE be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to CHASE.

Dated:  September 8, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***MATTHEW BECK***