David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
MATTHEW BECK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW BECK,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A. D/B/A/ CHASE BANK,<br><br>　　　　　　Defendant. | **Case No. 2:16-cv-01749-KJD-CWH-**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JP MORGAN CHASE BANK, N.A. D/B/A/ CHASE BANK** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant JP MORGAN CHASE BANK, N.A. D/B/A/ CHASE BANK ("CHASE")**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant CHASE, **and only as to Defendant CHASE** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, against **Defendant CHASE**.

Dated:　　　　November 1, 2016

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By:　　/s/David H. Krieger, Esq.
　　　　　　　　　　　　　　　　　　David H. Krieger, Esq. (Nevada Bar No. 9086)
　　　　　　　　　　　　　　　　　　HAINES & KRIEGER, LLC
　　　　　　　　　　　　　　　　　　8985 S. Eastern Avenue, Suite 350
　　　　　　　　　　　　　　　　　　Henderson, Nevada 89123
　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*